

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00409-CV

Larry Dean **DAVIS**,
Appellant

v.

Ann-Marie **ROBERTS-DAVIS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-10500
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Larry Dean Davis.

SIGNED September 2, 2015.

_____
Patricia O. Alvarez, Justice